**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 21-5092-JFW(AGRx)**                                    Date:July 15, 2021

Title:        Margarita Velasquez -v- FCA US LLC, et al.

_____

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                                         **None Present**
        **Courtroom Deputy**                                  **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                            None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE: STANDING ORDER**

        The Court has reviewed the docket in this action and determined that counsel for Plaintiff and Defendants have failed to file the Declaration of Lead Counsel required by paragraph 3 of the Court's Standing Order.  Accordingly, counsel are ordered to show cause in writing by **July 19, 2021** why the Court should not impose sanctions in the amount of $750.00 for violating the Court's Standing Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  _See_ Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.  In addition, counsel shall file the required Declaration on or before **July 19, 2021**.


        IT IS SO ORDERED.